| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: <br> Eric J. Hardeman, Esq. <br> LAW OFFICES OF ERIC J. HARDEMAN <br> 2020 Main Street, Suite 900 <br> Irvine, California, 92614 <br> ehardeman@ericjhardemanlaw.com <br><br> ATTORNEY FOR LIEN CLAIMANT: Burkhalter Kessler Clement & George, LLP | TELEPHONE NO.: <br> (949) 705-4532 | FOR COURT USE ONLY |
|---|---|---|

NAME OF COURT: United States District Court, Southern District of California
STREET ADDRESS: 221 West Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Edward J. Schwartz U.S. Courthouse

PLAINTIFF: The Eclipse Law Group, LLP

DEFENDANT: Target Corporation, et al.

| NOTICE OF LIEN <br> (Attachment—Enforcement of Judgment) | CASE NUMBER: <br> 3:15-cv-01411-JLS-BLM |
|---|---|

ALL PARTIES IN THIS ACTION ARE NOTIFIED THAT

1. A lien is created by this notice under
   a. ☐ Article 3 (commencing with section 491.410) of Chapter 11 of Title 6.5 of Part 2 of the Code of Civil Procedure.
   b. ☒ Article 5 (commencing with section 708.410) of Chapter 6 of Title 9 of Part 2 of the Code of Civil Procedure.
2. The lien is based on a
   a. ☐ right to attach order and an order permitting the creation of a lien (copies attached).
   b. ☒ money judgment.

3. The right to attach order or the money judgment is entered in the following action:
   a. Title of court *(specify)*: Superior Court of California, County of Orange
   b. Name of case *(specify)*: Burkhalter Kessler Clement & George, LLP v. The Eclipse Law Group, LLP
   c. Number of case *(specify)*: 30-2015-00780494-CU-BC-CJC
   d. ☒ Date of entry of judgment *(specify)*: June 29, 2016
   e. ☐ Dates of renewal of judgment *(specify)*:

4. The name and address of the judgment creditor or person who obtained the right to attach order are *(specify)*:
   Burkhalter Kessler Clement & George, LLP, 2020 Main Street, Suite 900, Irvine, CA 92614

5. The name and last known address of the judgment debtor or person whose property is subject to the right to attach order are *(specify)*:
   The Eclipse Law Group, LLP, 6345 Balboa Blvd, #325, Encino, CA 91316

6. The amount required to satisfy the judgment creditor's money judgment or to secure the amount to be secured by the attachment at the time this notice of lien is filed is
   $ 38,085.38

7. The lien created by this notice attaches to any cause of action of the person named in item 5 that is the subject of this action or proceeding and to that person's rights to money or property under any judgment subsequently procured in this action or proceeding.

8. No compromise, dismissal, settlement, or satisfaction of this action or proceeding or any of the rights of the person named in item 5 to money or property under any judgment procured in this action or proceeding may be entered into by or on behalf of that person, and that person may not enforce any rights to money or property under any judgment procured in this action or proceeding by a writ or otherwise, unless one of the following requirements is satisfied:

   a. the prior approval by order of the court in this action or proceeding has been obtained;
   b. the written consent of the person named in item 4 has been obtained or that person has released the lien; or
   c. the money judgment of the person named in item 4 has been satisfied.

**NOTICE**   The person named in item 5 may claim an exemption for all or any portion of the money or property within 30 days after receiving notice of the creation of the lien. The exemption is waived if it is not claimed in time.

Date: 12/8/2016

Eric J. Hardeman, Esq.
...........................................................
*(TYPE OR PRINT NAME)*

▶ */s/ Eric Hardeman*
...........................................................
*(SIGNATURE OF LIEN CLAIMANT OR ATTORNEY)*

CV-4O (12/03) <br>
(AT-180, EJ-185 [New January 1, 1985])

NOTICE OF LIEN <br>
(Attachment—Enforcement of Judgment)

CCP 491.410, 708.410 <br>
Page 1 of 1

EJ-001

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*<br>After recording, return to:<br>Eric J. Hardeman, Esq. (SBN 253489)<br>THE LAW OFFICES OF ERIC J. HARDEMAN<br>2020 Main Street, Suite 900<br>Irvine, California, 92614<br>TEL NO.: 949-705-4532   FAX NO. (optional):<br>E-MAIL ADDRESS *(Optional):*<br>[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, California 92702
BRANCH NAME:

PLAINTIFF: Burkhalter Kessler Clement & George, LLP
DEFENDANT: The Eclipse Law Group, LLP

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [ ] Amended

CASE NUMBER: 30-2015-00780494-CU-BC-CJC

*FOR COURT USE ONLY*
Pursuant to California Government Code § 68150(f), the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. California Government Code § 68150(g).

1. The [X] judgment creditor  [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      
      ┌─────────────────────────────────┐
      │ The Eclipse Law Group, LLP      │
      │ 6345 Balboa Blvd #325           │
      │ Encino, CA 91316                │
      └─────────────────────────────────┘
   
   b. Driver's license no. [last 4 digits] and state:   [X] Unknown
   c. Social security no. [last 4 digits]:              [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   Burkhalter Kessler Clement & George, LLP
   2020 Main Street, Suite 600
   Irvine, CA 92614
   Date: 09/29/2016
   Eric J. Hardeman, Esq.
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ *Eric Hardeman* (signature)
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $38,085.38
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: 06/29/2016
   b. Renewal entered on *(date)*:
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [ ] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [ ] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL – Superior Court of California, County of Orange]

Alan Carlson, Clerk of the Court
This abstract issued on *(date)*:
09/29/2016

Clerk, by *Alexander Morgan* , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   A. Morgan

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action; my business address is 2020 Main Street, Suite 900, Irvine, California, 92614.

On **December 8, 2016,** I caused the foregoing document described as **NOTICE OF JUDGMENT LIEN** to be served on the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope addressed as stated on the attached service list.

**[ ]   BY MAIL**

[ ] I deposited such envelopes in the mail at **Irvine, California**. The envelopes were mailed via Certified Mail - Return Receipt Requested with postage thereon fully prepaid.

 **[x]** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[ ]   BY OVERNIGHT COURIER**

[ ] I caused such envelope to be delivered to a commercial messenger overnight delivery service with instructions to deliver the same to the addressee(s) on the attached Service List on the next business day.

**[ ]   BY PERSONAL SERVICE**

[ ] I delivered such envelope by hand to the offices of the addressee.

[ ] I caused such envelope to be delivered to a commercial messenger service with instructions to personally deliver same to the offices of the addressee on this date.

**[X]   BY ELECTRONIC TRANSMISSION**

**[X]** I sent via electronic transmission on this date a copy of the above-referenced document to the addressees stated on the attached Service List.

[ ] **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**[X] (Federal)** I caused the foregoing document to be served via this Court's CM/ECF system to the addresses on the attached Service List.

Executed on **December 8, 2016,** at **Irvine, California**.

*Eric Hardeman*
_____
ERIC J. HARDEMAN

## SERVICE LIST

Edward F. O'Connor, Esq.
efo@avynolaw.com
AVYNO LAW P.C.
6345 Balboa Blvd., Suite 208
Building I
Encino, CA 91316
Tel: (949) 298-2894
Fax: (818) 332-4205
*Attorney for Plaintiff, the Eclipse Law Group, LLP*

Stephen M. Lobbin
slobbin@onellp.com
One LLP
5000 MacArthur Blvd, East Tower, Suite 500
Newport Beach, CA 92660
Tel: (949) 502-2870
Fax: 949-258-5081
*Intervenor Plaintiff, In Propria Persona*

Jason Nadav Cirlin
jcirlin@kmfm.com
Koletsky, Mancini, Feldman & Morrow
3460 Wilshire Boulevard, 8th Floor
Los Angeles, CA 90010-2228
Tel: (213)-427-2350
Fax: (213)-427-2366
*Attorney for Defendants, Target Corporation, Toys R. US, Inc., Kmart Corporation, Menard, Inc., and Fingerhut Direct Marketing, Inc.*

Gregory L. Doll
gdoll@dollamir.com
Doll Amir & Eley LLP
1888 Century Park East, Suite 1106
Los Angeles, CA 90067
Tel: (310) 557-9100
Fax: (310) 557-9101
*Attorney for Defendant, Amazon, Inc.*