UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ECLIPSE GROUP LLP, a California limited-liability partnership,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 15-CV-1411 JLS (BLM)<br><br>**ORDER VACATING HEARING AND TAKING MOTIONS UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF No. 263) |

　　　Presently before the Court is Intervenor Stephen M. Lobbin's Motion for Reconsideration (ECF No. 263). The Court **VACATES** the hearing currently set for December 3, 2020, at 1:30 p.m., and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

　　　**IT IS SO ORDERED.**

Dated: November 24, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge