UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ECLIPSE GROUP LLP, a California limited-liability partnership,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, et al.,<br><br>Defendants. | Case No.: 15-CV-1411 TWR (BLM)<br><br>**ORDER DIRECTING INTERVENOR-PLAINTIFF TO IDENTIFY ORDERS FOR DE NOVO REVIEW**<br><br>**(ECF No. 272)** |

The Court has received the letter filed by Intervenor-Plaintiff on September 10, 2021. (ECF No. 272.) In response to the issues raised, the Court directs Intervenor-Plaintiff to submit within thirty (30) days of this Order a pleading that identifies which orders, if any, Intervenor-Plaintiff believes require de novo review by the Court.

**IT IS SO ORDERED.**

Dated: September 27, 2021

Honorable Todd W. Robinson
United States District Judge