FILED

OCT 1 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| THE ECLIPSE GROUP LLP, a California limited-liability partnership, <br><br>    Plaintiff-Appellant, <br><br> and <br><br> STEPHEN M. LOBBIN, <br><br>    Intervenor-Plaintiff, <br><br> v. <br><br> TARGET CORPORATION, a Minnesota corporation, <br><br>    Defendant-Appellee, <br><br> and <br><br> AMAZON.COM, INC., a Delaware corporation; et al., <br><br>    Defendants. | No.  20-55206 <br><br> D.C. No. <br> 3:15-cv-01411-JLS-BLM <br> Southern District of California, <br> San Diego <br><br> ORDER |

Before: KLEINFELD, CALLAHAN, and HIGGINSON,[*] Circuit Judges.

  Judges Callahan and Higginson have voted to deny the petition for panel rehearing.  Judge Callahan has voted to deny the petition for rehearing en banc,

---

  [*] The Honorable Stephen A. Higginson, United States Circuit Judge for the U.S. Court of Appeals for the Fifth Circuit, sitting by designation.

and Judge Higginson so recommends. Judge Kleinfeld has voted to grant the petition for rehearing and recommends voting to grant the petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35. The petition for panel rehearing and the petition for rehearing en banc are denied.

Stephen Lobbin's motion to intervene to seek reconsideration and panel rehearing or rehearing en banc (Dkt. No. 52) is denied.